**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION TO REINSTATE APPEAL

Appellate case name:    Mosaic Baybrook One, L.P. and Mosaic Baybrook Two, L.P. v. Paul Simien

Appellate case number:   01-18-01049-CV

Trial court case number:  2017-08379

Trial court:             133rd District Court of Harris County

Date motion filed:       February 5, 2019

Party filing motion:     Appellants

It is ordered that the motion to reinstate is **granted**. We withdraw our opinion and judgment dated February 5, 2019 and reinstate this case on the Court's active docket.

Judge's signature: /s/ Chief Justice Sherry Radack
                         Acting for the Court

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.

Date:   February 12, 2019